Grace E. Parasmo (308993)
gparasmo@parasmoliebermanlaw.com
Yitzchak H. Lieberman (277678)
ylieberman@parasmoliebermanlaw.com
PARASMO LIEBERMAN LAW
7119 West Sunset Blvd., No. 808
Los Angeles, California 90046
Telephone: (646) 509-3913

Ethan Preston (263295)
ep@eplaw.us
PRESTON LAW OFFICES
4054 McKinney Avenue, Suite 310
Dallas, Texas 75204
Telephone: (972) 564-8340
Facsimile: (866) 509-1197

*Attorneys for Plaintiffs Maria Gamino and Ludmila Belenky, on their own behalves, and behalf of all others similarly situated*

# IN THE UNITED STATES DISTRICT COURT FOR

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA GAMINO and LUDAMILA BELENKY, individuals, on their own behalf and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BOLT ENERGY SERVICES LLC,<br><br>Defendant. | No. 2:21-cv-10049-JAK-PVC<br><br>**STIPULATION AND NOTICE OF VOLUNTARY DISMISSAL** |

Plaintiffs Maria Gamino and Ludamila Belenky ("Plaintiffs") and Defendant Bolt Energy Services LLC ("Defendant"), through their counsel of record, hereby stipulate and agree that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the Court's Order to Show Cause re Dismissal (ECF 44), Plaintiffs' individual claims against Defendant are hereby voluntarily dismissed with prejudice, with the parties bearing their own costs.

| | | |
|---|---|---|
| Dated: June 27, 2023 | By: | /s/ Grace E. Parasmo |

Grace E. Parasmo (308993)
gparasmo@parasmoliebermanlaw.com
Yitzchak H. Lieberman (277678)
ylieberman@parasmoliebermanlaw.com
PARASMO LIEBERMAN LAW
7119 West Sunset Blvd., No. 808
Los Angeles, California 90046
Telephone: (646) 509-3913

Ethan Preston (263295)
ep@eplaw.us
PRESTON LAW OFFICES
4054 McKinney Avenue, Suite 310
Dallas, Texas 75204
Telephone: (972) 564-8340
Facsimile: (866) 509-1197

*Attorneys for Plaintiff Maria Gamino, on her own behalf, and behalf of all others similarly situated*

| | | |
|---|---|---|
| Dated: June 28, 2023 | By: | /s/ Michael A. DiNardo |

Michael A. DiNardo (SNB 216991)
MICHAEL A. DINARDO
YK Law
213-401-0970 x1008
*Attorney for Defendant BOLT ENERGY SERVICES, LLC*

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4, the filer of this document attests that concurrence in the filing of this document has been obtained from the signatories above.

Dated: June 28, 2023

By: /s/Grace E. Parasmo
Grace E. Parasmo